# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>THOMAS RYAN KNIGHT,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07cr2096-LAB<br><br>**ORDER RE: ACCOUNT** |

　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Edward Jones account number XXX-XXX71-1-0, in the name of William C. Knight, Sr. and Teri L. Knight, trustees U/A DTD 5/22/1990 Knight Family Trust, be and hereby is, to be used as security for the release of the defendant in the above-entitled action upon the written consent of William C. Knight, Sr. and Teri L. Knight, trustees.

　　IT IS FURTHER ORDERED that Edward Jones shall not allow any withdrawals or other changes to or from the Account until the United States authorizes the release of the Account by signing a Release of Assignment.

　　**SO ORDERED**.

DATED: November 20, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge